1
2
3
4
5
6
7



8           UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO. 13CR2133-DMS
12                      Plaintiff,      **JUDGMENT AND ORDER OF**
       vs.                              **DISMISSAL OF INFORMATION**
13  DIEGO FIDENCIO RAMIREZ-CARLOS,
14
15                      Defendant.

16
17     Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the
18  Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held
19  by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

    **IT IS SO ORDERED.**
20  Dated: 5/29/14
21

22
23                                      _____
                                        **HONORABLE MITCHELL D. DEMBIN**
24                                      United States Magistrate Judge
25
26
27
28

                              - 1 -                          13CR2133-DMS